UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PAT KENNEDY, Individually,

        Plaintiff,

vs.                                      CASE NO. 2:15-CV-596-FTM-99 MRM

DOWNTOWN PROPERTY INVESTMENT
LLC, a Florida Limited Liability Company,

        Defendant.
_____/

## ANSWER

COMES NOW Defendant, DOWNTOWN PROPERTY INVESTMENT LLC, a Florida Limited Liability Company, by and through its undersigned attorney, and in answer to the Complaint filed herein, states as follows:

1. Without knowledge, therefore denied.

2. Admitted that Defendant owns the property located at 10823 Tamiami Trail N., Naples, Collier County, Florida. The remaining allegations are denied.

3. Admitted.

4. Admitted.

5. Admitted that as owner of the property, Defendant is required to comply with the ADA. The remaining allegations are denied in that they seek to state statutory requirements and the statutes speak for themselves.

6. Denied in that the statutes speak for themselves.

7. Denied.

8. Denied.

9. Denied.

10. Denied.

11. Denied.

12. Denied.

13. Denied.

14. Denied.

15. Denied.

16. Denied.

17. Denied.

18. Denied.

19. Denied.

WHEREFORE, Defendant prays that this Court enter an Order dismissing this action with attorney's fees assessed in favor of Defendant and against Plaintiff pursuant to the provisions of 42 U.S.C. 2000 a - 3(b) and 36 CFR §505.

I HEREBY CERTIFY that on November 2, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Jeannette E. Albo, Esquire, Thomas B. Bacon, P.A., 9444 SW 69th Court, Miami, Florida 33156, jalbo@bellsouth.net, and Thomas B. Bacon, Esquire, Thomas B. Bacon, P.A., 1119 S. Ocean Drive, Ft. Pierce, Florida 33949, tbb@thomasbaconlaw.com.

GOLDSTEIN, BUCKLEY, CECHMAN,
 RICE & PURTZ, P.A.
Attorneys for Defendant
Post Office Box 2366
Fort Myers, Florida  33902-2366
239-332-9425 (telephone)
239-332-6508 (facsimile)
jrice@gbclaw.com (primary email)
smd@gbclaw.com (secondary email)
vskeen@gbclaw.com (secondary email)

BY: _____
J. JEFFREY RICE
Florida Bar No. 206792